Scott M. Pearson (SBN 173880)
pearsons@ballardspahr.com
Taylor Steinbacher (SBN 285335)
steinbachert@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4340
Facsimile: 424.204.4350

Attorneys for Defendant
  PROGRESSIVE FINANCE
  HOLDINGS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN FLINT,<br><br>                Plaintiff,<br><br>     v.<br><br>PROGRESSIVE FINANCE HOLDINGS, LLC,<br><br>                Defendant. | Case No. 2:17-cv-01491-SVW-SKx<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY ACTION PENDING ARBITRATION**<br><br>United States District Judge Stephen V. Wilson<br><br>**Action Filed:** February 23, 2017 |

DMEAST #29269030 v1

**STIPULATION AND [PROPOSED] ORDER TO STAY ACTION PENDING ARBITRATION**

WHEREAS, on February 23, 2017, plaintiff Morgan Flint ("Flint") filed this action in the United States District Court for the Central District of California;

WHEREAS, Flint has agreed to pursue his claims in arbitration;

NOW, THEREFORE, the parties hereby stipulate and agree that all proceedings in this action shall be stayed pursuant to 9 U.S.C. § 3 to permit the parties to complete their arbitration.

IT IS SO STIPULATED.

DATED: April 25, 2017          **BALLARD SPAHR LLP**
                               Scott M. Pearson
                               Taylor Steinbacher

                               By: */s/ Taylor Steinbacher*
                                         Taylor Steinbacher

                               Attorneys for Defendant
                                  PROGRESSIVE FINANCE
                                  HOLDINGS, LLC

DATED: April 25, 2017          **LEMBERG LAW, LLC**
                               Trinette G. Kent

                               By: */s/ Trinette G. Kent*
                                         Trinette G. Kent

                               Attorneys for Plaintiff
                                  MORGAN FLINT

All signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing (L.R. 5-4.3.4(a)(2)(i)).

DMEAST #29269030 v1

2

**STIPULATION AND [PROPOSED] ORDER TO STAY ACTION PENDING ARBITRATION**

# CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2017, I electronically filed a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO STAY ACTION PENDING ARBITRATION** through the Court's CM/ECF system, which will send a notice of electronic filing to the following:

Trinette G. Kent, Esq.                                      tkent@lemberglaw.com
LEMBERG LAW, LLC

*/s/ Taylor Steinbacher*
Taylor Steinbacher

DMEAST #29269030 v1