JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORGAN FLINT,<br><br>              Plaintiff,<br><br>    v.<br><br>PROGRESSIVE FINANCE HOLDINGS, LLC,<br><br>              Defendant. | Case No. 2:17-cv-01491-SVW-SKx<br><br>**ORDER STAYING ACTION PENDING ARBITRATION**<br><br>United States District Judge Stephen V. Wilson<br><br>**Action Filed:** February 23, 2017 |

   Upon the stipulation of the parties and good cause appearing, it is hereby ordered that:

   Pursuant to 9 U.S.C. § 3, all proceedings before this Court are stayed during the pendency of the parties' arbitration.  All matters scheduled before this Court are hereby taken off-calendar.

   The parties shall file a Joint Status Report apprising the Court of the status of this matter on or before October 26, 2017.

/ / /

/ / /

/ / /

/ / /

DMEAST #29269017 v1

[PROPOSED] ORDER STAYING ACTION PENDING ARBITRATION

|   |   |
|---|---|
| 1 | The case is moved to the Court's inactive calendar.  The parties shall notify |
| 2 | the Court, in writing, should the case need to be restored to the active calendar. |
| 3 |   |
| 4 | **IT IS SO ORDERED.** |
| 5 | DATED:  April 27, 2017 |
| 6 | Hon. Stephen V. Wilson |

DMEAST #29269017 v1